U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 17 2020

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.: 2:19-CR-003-Z |
| JOHNNY SEGURA, JR. | (Supersedes indictment filed 1/24/19) |

SUPERSEDING INDICTMENT

The Grand Jury Charges:

Count One
Possession with Intent to Distribute 50 Grams
or More of Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))

On or about May 1, 2015, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Johnny Segura, Jr.**, defendant, did knowingly and intentionally possess with intent to distribute 50 grams and more, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

Johnny Segura, Jr.
Superseding Indictment - Page 1

<u>Count Two</u>
Possession with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about December 14, 2020, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Johnny Segura, Jr.**, defendant, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

<u>Count Three</u>
Convicted Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about December 14, 2020, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Johnny Segura, Jr.**, defendant, a person who had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Walther, model CCP, 9mm caliber pistol, serial number WK034224, defendant knowing he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of any of the offenses alleged in this indictment, and pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(a), defendant, **Johnny Segura, Jr.**, shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including, but not limited to, the following: a Walther, model CCP, 9mm caliber pistol, serial number WK034224.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas   79101-2446
Telephone:   806-324-2356
Facsimile:   806-324-2399
E-Mail:      anna.bell@usdoj.gov

Johnny Segura, Jr.
Superseding Indictment - Page 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

JOHNNY SEGURA, JR.

SUPERSEDING INDICTMENT

COUNT 1:   POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

COUNT 2:   POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT 3:   CONVICTED FELON IN POSSESSION OF A FIREARM
Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

FORFEITURE NOTICE
(3 COUNT)

A true bill rendered:

Amarillo                                   _____   Foreperson

Filed in open court this ___17th___ day of ___December___, A.D. 2020.

_____ Clerk

DEFENDANT IN FEDERAL CUSTODY

_____
UNITED STATES MAGISTRATE JUDGE