IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:19-cr-003-Z-BR-1 |
| | § | |
| JOHNNY SEGURA, JR. | § | |
| | § | |
| Defendant. | § | |

**ORDER ON DETENTION HEARING**

On today's date, Defendant, JOHNNY SEGURA, JR., appeared in person and with counsel, before the undersigned United States Magistrate Judge, for the purpose of a Detention Hearing. The United States appeared by and through the Assistant United States Attorney for the Northern District of Texas.

The government had previously filed a motion for pretrial detention of Defendant alleging there are no conditions of release which will reasonably assure the defendant's appearance, as required, nor the safety of any other person and the community. The government also gave notice that they would seek to invoke the rebuttable presumption against the defendant on the basis that there is probable cause to believe the defendant committed a 10+ year drug offense.

After consideration of the testimony, proffer, and argument presented at the detention hearing, the Court finds the presumption to have been invoked, but further finds the defendant has rebutted that presumption of flight and danger. The Court finds the defendant should be released on a $25,000 unsecured bond with certain specific conditions of release. The defendant was advised of the conditions of release and acknowledged understanding such conditions.

Defendant, JOHNNY SEGURA, JR., is ordered released after processing by the United States Marshal.

**IT IS SO ORDERED.**

ENTERED on December 18, 2020.

*Lee Ann Reno*
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE